UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THEODORE OBERMEYER,

        Defendant.
_____/

### ORDER GRANTING MOTION FOR EARLY SURRENDER TO BOP

THIS CAUSE is before the Court upon Defendant's Motion Revoking Bond and Allowing Defendant to Surrender on April 2, 2012. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. The Defendant may surrender to FCI - Miami on April 2, 2012.

DONE and ORDERED in West Palm Beach, Florida, this 26th day of March, 2012.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel